**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>IGOR ERIC KUVYKIN,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 18-10760 (JLG) |
| IPAYMENT, INC.,<br><br>                  Plaintiff,<br><br>v.<br><br>IGOR ERIC KUVYKIN,<br><br>                  Defendant. | Adv. Proc. No.: 18-01573 (JLG) |

## **CERTIFICATION OF SERVICE**

I, Mara R. Lieber, of full age, hereby certify as follows:

     1.    I am an associate at the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110, attorneys for Plaintiff iPayment, Inc.

     2.    On September 12, 2018, I caused true and correct copies of iPayment's Amended Complaint to Determine Debt Owed to iPayment, Inc. is Nondischargeable Pursuant to 11 USC §§ 523(a)(2)(A) and 523(a)(6), with Exhibits A-H [ECF No. 7] and the Second Summons and Notice of Pretrial Conference in an Adversary Proceeding [ECF No. 8] to be served upon the following by depositing the same, enclosed in postage pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service at the addresses listed below:

                        Igor Eric Kuvykin
                        11 Mansion Hill Dr.
                        Muttontown, NY 11791


                        WAYNE GREENWALD, P.C.
                        475 Park Ave S-26th Floor
                        New York, New York 10016

2

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Serene Nakano

     I certify that the foregoing statements are true to the best of my knowledge. I am aware that if any of the foregoing statements be willfully false, I am subject to punishment.

Dated: New York, New York
       September 19, 2018

                                                  *s/ Mara R. Lieber*
                                                  Mara R. Lieber