UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>IGOR ERIC KUVYKIN,<br><br>    Debtor. | Chapter 7<br><br>Case No. 18-10760 (JLG) |
| IPAYMENT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>IGOR ERIC KUVYKIN,<br><br>    Defendant. | Adv. Proc. No.: 18-01573 (JLG) |

## STIPULATION OF DISMISSAL

**WHEREAS,** as addressed on the record at a hearing held on July 1, 2020, the Court granted the joint motion to dismiss Case No. 18-10760-JLG, in which this adversary proceeding was filed;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties, that the above-captioned adversary proceeding is hereby dismissed.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and that signatures obtained via facsimile or email shall have the same force and effect as original signatures.

Dated: July 21, 2020
   New York, New York

| | |
|---|---|
| DUNNINGTON, BARTHOLOW<br>& MILLER LLP | WAYNE GREENWALD, P.C. |
| By: /s William F. Dahill | By: /s Wayne M. Greenwald, Pres. |

| | |
|---|---|
| William F. Dahill | Wayne M. Greenwald |
| 230 Park Avenue, 21st Floor | 475 Park Avenue South, 26th Floor |
| New York, New York 10169 | New York, NY 10016 |
| Phone: 212-682-8811 | Phone: 212-983-1922 |
| *Attorneys for Plaintiff, iPayment, Inc.* | *Attorneys for the Debtor Igor Eric Kuvykin* |